**07 CV 6408**

Judge McMahon

**KILPATRICK STOCKTON LLP**
Joseph Petersen (JP-9071)
Christopher S. Lick (CL-1391)
31 West 52nd Street
14th Floor
New York, NY 10019
Telephone: (212) 775-8700
Facsimile: (212) 775-8800

Attorneys for Plaintiff Lipper Inc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**



| | |
|---|---|
| LIPPER INC., <br><br> Plaintiff, <br><br> - against - <br><br> PLAN TOOLS, LLC and THE McHENRY GROUP, LLC, <br><br> Defendants. | 07 Civ. _____ <br><br> **RULE 7.1 STATEMENT** |

Plaintiff Lipper Inc. ("Lipper"), by and through its undersigned counsel, hereby confirms, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, that its parent company is Reuters Group PLC and hereby further confirms that Reuters Group PLC owns 10% or more of Lipper's stock.

Dated: New York, New York
July 13, 2007

KILPATRICK STOCKTON LLP

_____
Joseph Petersen (JP-9071)
Christopher S. Lick (CL-1391)
31 West 52nd Street
14th Floor
New York, NY 10019
(212) 775-8700

Attorneys for Plaintiff Lipper Inc.

US2000 10166236.1

Of Counsel:
Judith A. Powell (*Pro Hac Vice* Application To Be Submitted)
Tywanda H. Lord (*Pro Hac Vice* Application To Be Submitted)
KILPATRICK STOCKTON LLP
1100 Peachtree Street Suite 2800
Atlanta, Georgia 30309-4530
(404) 815-6500

9327419.1
US2000 10166236.1