*McMahon, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/07

---

LIPPER INC.,

      Plaintiff,

- against -

PLAN TOOLS, LLC and THE McHENRY GROUP, LLC,

      Defendants.

07 CV 06408 (CM)

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

---

Plaintiff Lipper Inc., through its undersigned counsel and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses all claims in this action with prejudice.

Dated: New York, New York
    August 22, 2007

KILPATRICK STOCKTON LLP

_____
Joseph Petersen (JP-9071)
Christopher S. Lick (CL-1391)
31 West 52nd Street
14th Floor
New York, NY 10019
(212) 775-8700

Attorneys for Plaintiff Lipper Inc.

Of Counsel.

Judith A. Powell
Tywanda H. Lord
KILPATRICK STOCKTON LLP
1100 Peachtree Street Suite 2800
Atlanta, Georgia 30309-4530
(404) 815-6500

SO ORDERED:

_____
9-19-07